UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
**GREGORIO CRUZ,**

                      **Plaintiff,**

      -against-

**CALABRIA MIA, CORP., and**
**JUSEPE CHIAELLO,**

                    **Defendants.**
-------------------------------------------------------------- x

**22-cv-09853 (ALC)**

**ORDER TO TERMINATE**

**ANDREW L. CARTER, JR., District Judge:**

    This Court issued two Orders to Show Cause to Plaintiffs. To date, Plaintiff has not filed a notice of appearance for its new counsel, nor responded to the Orders. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. See *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41 (b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute... "). The Clerk of the Court is respectfully directed to terminate this proceeding.

**SO ORDERED.**

Dated:    **September 18, 2023**
           **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**